UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUIS MONTEL DE'ANDRE DOWERS, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CR24-150 JHC <br><br> DETENTION ORDER |

<u>Offense charged</u>:   Carjacking; Using a Firearm During Crime of Violence; Forfeiture Allegations

<u>Date of Detention Hearing</u>:   September 23, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

DETENTION ORDER
PAGE -1

1. Defendant has been charged with an offense for which there is a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant's criminal record includes prior burglary and trespass charges, and a bench warrant for failure to appear remains active. Charges related to the instant offense have been filed in King County Superior Court, for which defendant has been detained. At the time of that arrest, defendant attempted to escape the interview room and had to be physically restrained. Defendant was not interviewed by Pretrial Services so his background information is either unknown or unverified. Defendant does not contest detention.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 23rd day of September, 2024.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3