UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS MONTEL DE'ANDRE DOWERS,<br><br>　　　　　Defendant. | No. CR24-150-JHC<br><br>ORDER TO SEAL EXHIBIT |

THE COURT has considered Louis Montel De'Andre Dowers's motion to seal exhibit 4 to his sentencing memorandum, Dkt. # 41, which is unopposed, and finds there are compelling reasons to file the document under seal. The Court GRANTS the motion.

IT IS ORDERED that exhibit 4 be filed under seal.

DONE this 11th day of August, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL EXHIBIT
(*United States v. Dowers*, CR24-150-JHC) - 1