UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR24-150-JHC |
| Plaintiff, ) | |
| ) | ORDER TO SEAL EXHIBIT |
| v. ) | |
| ) | |
| LOUIS MONTEL DE'ANDRE ) | |
| DOWERS, ) | |
| ) | |
| Defendant. ) | |

THE COURT has considered Louis Montel De'Andre Dowers's motion to seal exhibit 7 to the supplement to his sentencing memorandum. Dkt. # 45. The motion is unopposed. The Court finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that exhibit 7 to the supplement be filed under seal.

DONE this 12th day of August 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL EXHIBIT
(*United States v. Dowers*, CR24-150-JHC) - 1