UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LOUIS MONTEL DE'ANDRE DOWERS,<br><br>  Defendant. | No. CR24-150-JHC<br><br>ORDER GRANTING MOTION TO RECOMMEND DESIGNATION TO STATE PRISON |

THE COURT has considered Louis Dowers's motion to recommend designation to a state prison, Dkt. # 55, all materials filed in support of and in opposition to the motion, and the rest of the file.

IT IS ORDERED that the Judgment be amended to recommend that BOP designate Mr. Dowers to a Washington state prison.

DATED this 25th day of August 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO RECOMMEND
DESIGNATION TO STATE PRISON
(*United States v. Dowers*, CR24-150-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100