UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LOUIS MONTEL DE'ANDRE DOWERS,<br>Defendant. | NO. 24-cr-150-JHC<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") (Dkt. # 66) for the following property, which was seized from Defendant Louis Montel De'Andre Dowers on or about June 9, 2024 (the "Subject Property"):

1. a 9mm semiautomatic pistol with a loaded magazine and;
2. all associated ammunition.

Dkt. # 66.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS that entry of a Final Order of Forfeiture is appropriate because:

- On July 28, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1),

by way of 28 U.S.C. § 2461(c), and forfeiting Defendant Dowers' interest in it (Dkt. # 40);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. # 65). As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States reviewed the underlying investigative material and identified no potential claimants to the Subject Property; and
- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

DATED this 16th day of September, 2026.

John H. Chun
United States District Judge